# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:23-CR-00108-CDS-NJK |
| Plaintiff, ) | |
| ) | Order Granting Substitution of Counsel |
| vs. ) | |
| ) | [ECF No. 29] |
| NOUR BITAR, ) | |
| Defendant. ) | |

## SUBSTITUTION OF ATTORNEYS

__NOUR BITAR_____ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

__RICHARD A. WRIGHT_____,
(New Attorney)

(Address): 300 S. Fourth Street, Suite 701, Las Vegas, NV 89101

(Telephone): 702-382-4004_____, as attorney of record in place and

stead of: __Robert Hartmann_____
(Present Attorney)

DATED: 4/11/24                    _____
                                  (Signature of Party)

I consent to the above substitution.

DATED: 4/11/2024                  _____
                                  (Signature of Present Attorney)

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: 4/11/2024                    _____
4                                      (Signature of New Attorney)
5
6  Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT
7
8
9                                      APPROVED:
10 DATED: April 30, 2024                _____
11                                      UNITED STATES DISTRICT JUDGE